**LAW OFFICES OF PERRY C. WANDER**
Perry Wander, Esq. (SBN: 102523)
pcwlaw@msn.com
9300 Wilshire Blvd., Suite 508
Beverly Hills, CA 90212
Telephone: 310-274-9985
Facsimile: 310-274-9987

**KALCHEIM LAW GROUP, P.C.**
Mitch Kalcheim (SBN: 175846)
Mitch@KalLawGroup.com
9300 Wilshire Blvd., Suite 508
Beverly Hills, CA 90212
Telephone: 310-461-1210
Facsimile: 310-461-1212

Attorneys for Plaintiff Claire Robinson

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIRE ROBINSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL CREATIVE MANAGEMENT, INC., a Delaware Corporation; JACK GILARDI, an individual; JOHN ROCKWELL, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. CV09- 4825 RSWL (VBKx)<br><br>**STIPULATION OF DISMISSAL**<br>Fed. R. Civ. P. 41(a)(1)(A)(ii)<br><br>Courtroom: 21<br><br>Assigned to the Honorable Ronald S. W. Lew |

STIPULATION
OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the entire action be dismissed with prejudice, including all claims set forth in the Complaint, with each party to bear their own attorneys' fees and costs.

DATED: August 16, 2010

LAW OFFICES OF PERRY C. WANDER

By: _/s/ Perry Wander_
Perry Wander
Attorneys for Plaintiff Claire Robinson

DATED: August 11, 2010

O'MELVENY & MYERS LLP

By: _/s/ Marvin Putnam_
Marvin Putnam
Attorneys for Defendant International Creative Management, Inc.

DATED: August ___, 2010

LAW OFFICES OF JON H. FREIS

By: _____
Jon H. Freis
Attorneys for Defendant John Rockwell

DATED: August ___, 2010

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP

By: _____
Michael D. Ryan
Attorneys for Defendant Jack Gilardi

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the entire action be dismissed with prejudice, including all claims set forth in the Complaint, with each party to bear their own attorneys' fees and costs.

DATED: August ___, 2010        LAW OFFICES OF PERRY C. WANDER

By: _____
Perry Wander
Attorneys for Plaintiff Claire Robinson

DATED: August ___, 2010        O'MELVENY & MYERS LLP

By: _____
Marvin Putnam
Attorneys for Defendant International Creative Management, Inc.

DATED: August 13, 2010         LAW OFFICES OF JON H. FREIS

By: /s/ Jon H. Freis
Jon H. Freis
Attorneys for Defendant John Rockwell

DATED: August ___, 2010        ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP

By: _____
Michael D. Ryan
Attorneys for Defendant Jack Gilardi

-2-

STIPULATION OF DISMISSAL WITH PREJUDICE

1   Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the
2   parties hereby stipulate and agree that the entire action be dismissed with prejudice,
3   including all claims set forth in the Complaint, with each party to bear their own
4   attorneys' fees and costs.

6   DATED:   August ___, 2010          LAW OFFICES OF PERRY C. WANDER

8                                      By: _____
                                       Perry Wander
9                                      Attorneys for Plaintiff Claire Robinson

11  DATED:   August ___, 2010          O'MELVENY & MYERS LLP

13                                     By: _____
                                       Marvin Putnam
14                                     Attorneys for Defendant International
15                                     Creative Management, Inc.

17  DATED:   August ___, 2010          LAW OFFICES OF JON H. FREIS

19                                     By: _____
                                       Jon H. Freis
20                                     Attorneys for Defendant John Rockwell

23  DATED:   August 12, 2010           ALLEN MATKINS LECK GAMBLE
24                                     MALLORY & NATSIS LLP

26                                     By: /s/ Michael D. Ryan
                                       Michael D. Ryan
27                                     Attorneys for Defendant Jack Gilardi

- 2 -                                             STIPULATION
                                                  OF DISMISSAL WITH PREJUDICE

# CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2010, I electronically filed the documents listed below with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the document(s) via the United States Postal Service to the non-CM/ECF participants, if any, indicated below.

I certify under penalty of perjury of the laws of the United States of America that the forgoing is true and correct.  Executed on August 16, 2010 in Beverly Hills, California.

/s/ Amber S. Healy
Amber S. Healy

1
CERTIFICATE OF SERVICE